# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140766

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                  SC: 140766
                                  COA: 295476
                                  Muskegon CC: 06-053849-FH

SHAWN MARIE DAILEY,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 10, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

0719